UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Courtney Stofer | : | Case No.: 19-15714(JKF) |
| Debtor(s) | : | Chapter 13 |

## MOTION TO RECONSIDER THE APRIL 2, 2020 ORDER DISMISSING THE CHAPTER 13 CASE

Comes Now, Courtney Stofer, hereinafter referred to as "Debtor" and move this Honorable Court to vacate its April 2, 2020 Order Dismissing the instant matter and in support thereof aver the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 on or about September 13, 2019.

2. The Chapter 13 bankruptcy matter was assigned case number 19-15714.

3. On or about December 4, 2019 the Chapter 13 Trustee filed a Motion to Dismiss the instant matter for failure to make timely and regular Chapter 13 payments.

4. In furtherance of the Trustee's Motion the instant matter was dismissed on April 2, 2020.

5. The Debtor fell behind due to unanticipated expenses related to lack of transportation to and from work and as a result was required to pay for Uber in order to remain employed.

6. The Debtor is desirous of continuing to make regular and monthly Chapter 13 Plan payments and will cure all sums due and owing to the trustee by or before the date of the hearing on this subject Motion.

**WHEREFORE**, for the reasons stated herein, the Debtor respectfully requests that this Honorable Court Reconsider its April 2, 2020 Order dismissing the instant matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 30, 2020 | /s/ Brad J. Sadek, Esquire<br>Brad J. Sadek, Esquire<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 |