UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Courtney Stofer | : | Case No.: 19-15714(JKF) |
| | : | |
|    Debtor(s) | : | Chapter 13 |

## ORDER

AND NOW, this ____ day of _____ 2020, upon consideration of the Motion to Reconsider the April 20, 2020 Order Dismissing the instant Bankruptcy matter, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order of this Court dated April 20, 2020 Dismissing the case is vacated;

~~FURTHER ORDERED~~

**Date: May 28, 2020**

_____
Hon. Jean K. FitzSimon